MELVIN L. MOSS, Appellant, v. ELAINE E. MOSS, Respondent.—

914

Concur — McGivern, J. P., Nunez, McNally, Steuer and Eager, JJ.